UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHYA TAPIA, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STERLING JEWELERS INC., et al.,<br><br>    Defendants. | Case No. 5:14-cv-00624-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties' joint statement and in light of the recent extension of case management deadlines (see Docket Item No. 29), the court has determined that a Trial Setting Conference is premature at this time. Accordingly, the Trial Setting Conference scheduled for April 30, 2015, is CONTINUED to **11:00 a.m. on November 12, 2015**. The parties shall file an updated Joint Trial Setting Conference Statement on or before **November 2, 2015**.

**IT IS SO ORDERED.**

Dated: April 27, 2015

                                                EDWARD J. DAVILA
                                                United States District Judge