UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHYA TAPIA, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STERLING JEWELERS INC., et al.,<br><br>　　　　Defendants. | Case No.　5:14-cv-00624-EJD<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 37 |

Having been informed that the parties have reached a settlement of this action, the court schedules a hearing on Plaintiff's anticipated motion for preliminary approval for **October 15, 2015, at 9:00 a.m.** Plaintiffs shall file the anticipated motion in accordance with the notice requirements provided by Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated:  June 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge